| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| *versus* | § | CASE NO. 1:06-CR-136 | |
| | § | | |
| DARRELL WAYNE COOPER, JR. | § | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The defendant withdrew his objections, accepted the recommended sentence, and waived his right to allocute and appear before sentence is imposed (#68). The Court ORDERS that the findings of fact and recommendation on plea of true (#66) are ADOPTED and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court ORDERS the defendant to serve a term of six (6) months imprisonment with no additional term of supervision to follow.

SIGNED at Beaumont, Texas, this 14th day of July, 2014.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE